Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
William Jhaveri-Weeks (SBN 289984)
wjhaveriweeks@gbdhlegal.com
Megan E. Ryan (SBN 264922)
mryan@gbdhlegal.com
GOLDSTEIN, BORGEN,
DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Tel:  (510) 763-9800
Fax:  (510) 835-1417

Attorneys for the Plaintiffs and Putative Class

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVANNI MUNGUIA-BROWN, ANGELINA MAGAÑA, and NORMA RODRIGUEZ, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUITY RESIDENTIAL, a real estate investment trust, ERP OPERATING LIMITED PARTNERSHIP, a partnership, EQUITY RESIDENTIAL PROPERTIES MANAGEMENT CORPORATION, EQUITY RESIDENTIAL MANAGEMENT, LLC, EQR-WOODLAND PARK A LIMITED PARTNERSHIP, EQR-WOODLAND PARK B LIMITED PARTNERSHIP, and DOES FOUR through TWO HUNDRED AND FIFTY inclusive,<br><br>Defendants. | Case No.: 4:16-cv-01225-JSW<br><br>**JOINT STIPULATION TO EXTEND THE BRIEFING SCHEDULE ON THE MOTION TO STAY THIS ACTION AND [PROPOSED] ORDER** AS MODIFIED |

JOINT STIPULATION TO EXTEND THE BRIEFING SCHEDULE ON THE MOTION TO STAY THIS ACTION AND [PROPOSED] ORDER–
CASE NO.: 4:16-CV-01225-JSW

619823.4

1    Plaintiffs Javanni Munguia-Brown, Angelina Magaña, and Norma Rodriguez ("Plaintiffs") and
2  Defendants Equity Residential, ERP Operating Limited Partnership, Equity Residential Management
3  L.L.C., EQR-Woodland Park A Limited Partnership, and ERQ-Woodland Park B Limited Partnership
4  ("Defendants") by and through their respective counsel, hereby stipulate pursuant to Local Rule 6-2 as
5  follows:

   WHEREAS, this case was originally filed on September 3, 2014 in California State Court in Alameda County (RG14739053) and was removed by Defendants to federal court on March 11, 2016;

   WHEREAS, on April 14, 2016, Defendants filed a Motion to Stay This Action pending the outcome of the class certification motion to be filed in June of 2016 in *Razuki v. Equity Residential,* Case No. 3:15-CV-01057-BEN-JLB before the Honorable Roger T. Benitez in the Southern District of California (filed on May 11, 2015), which involves the same defendants, the same putative class members, and largely the same subject matter as this action;

   WHEREAS, on May 19, 2016, a Joint Motion for Dismissal (attached as Exhibit A to the Ryan Declaration) was filed by all the parties in *Razuki v. Equity Residential* (Case No. 3:15-CV-01057-BEN-JLB);

   WHEREAS, Plaintiffs' Opposition to the Motion to Stay is due May 27, 2016;

   WHEREAS, the Parties have agreed to the following stipulations:

   1. Given the Joint Motion for Dismissal in *Razuki v. Equity Residential* (Case No. 3:15-CV-01057-BEN-JLB), the Parties agree to extend the briefing schedule for the Opposition to the Motion to Stay and the Reply in Support of the Motion to Stay as the Order in *Razuki* will likely moot Defendants' Motion to Stay. The June 10, 2016 hearing on the Motion to Stay will be taken off calendar.

   2. Upon the issuance of the *Razuki* court's Order granting the dismissal in *Razuki v. Equity Residential* (Case No. 3:15-CV-01057-BEN-JLB), Defendants in this case have agreed to file a Notice to withdraw their Motion to Stay.

   3. If the *Razuki* court does not grant the Joint Motion for Dismissal in Case No. 3:15-CV-01057-BEN-JLB, Plaintiffs will have ten days from the date of the *Razuki* Order to file

1

JOINT STIPULATION TO EXTEND THE BRIEFING SCHEDULE ON THE MOTION TO STAY THIS ACTION AND [PROPOSED] ORDER –
CASE NO.: 4:16-CV-01225-JSW

619823.4

their Opposition to the Motion to Stay and Defendants will have seventeen days from the date of the *Razuki* Order to file their Reply in Support of the Motion to Stay. The Parties will jointly request a new hearing date from the Court.

**IT IS SO STIPULATED**.

Dated: May 25, 2016

Respectfully submitted,

GOLDSTEIN, BORGEN, DARDARIAN & HO

/s/ Megan Ryan
Megan Ryan

Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
William Jhaveri-Weeks (SBN 289984)
wjhaveriweeks@gbdhlegal.com
Megan E. Ryan (SBN 264922)
mryan@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Tel:  (510) 763-9800
Fax:  (510) 835-1417

Jason H. Tarricone (SBN 247506)
jason@clsepa.org
Margaret McBride (SBN 294066)
mmcbride@clsepa.org
COMMUNITY LEGAL SERVICES
IN EAST PALO ALTO
1861 Bay Road
East Palo Alto, CA 94303
Tel:     (650) 326-6440
Fax:    (866) 688-5204

Attorneys for the Plaintiffs and Putative Class

2

JOINT STIPULATION TO EXTEND THE BRIEFING SCHEDULE ON THE MOTION TO STAY THIS ACTION AND [PROPOSED] ORDER – CASE NO.: 4:16-CV-01225-JSW

619823.4

Dated: May 25, 2016

DUANE MORRIS LLP

/s/ Aaron T. Winn
Aaron T. Winn

Aaron T. Winn (SBN 229763)
atwinn@duanemorris.com
DUANE MORRIS LLP
750 B Street, Suite 2900
San Diego, CA 92101-4681
Tel:   (619) 744-2200
Fax:   (619) 744-2201

Attorneys for Defendants

3

JOINT STIPULATION TO EXTEND THE BRIEFING SCHEDULE ON THE MOTION TO STAY THIS ACTION AND [PROPOSED] ORDER –
CASE NO.: 4:16-CV-01225-JSW

619823.4

# [PROPOSED] ORDER

Given the Joint Motion for Dismissal in *Razuki v. Equity Residential* (Case No. 3:15-CV-01057-BEN-JLB), the Court orders an extension of the briefing schedule for the Opposition to the Motion to Stay and the Reply in Support of the Motion to Stay as the Order in *Razuki* will likely moot Defendants' Motion to Stay. The June 10, 2016 hearing on the Motion to Stay will be taken off calendar. Defendants shall notify the Court upon the issuance of the *Razuki* Order on the Joint Motion to Dismiss.

Upon the issuance of the *Razuki* court's Order granting the dismissal in *Razuki v. Equity Residential* (Case No. 3:15-CV-01057-BEN-JLB), the Defendants will file a Notice to withdraw their Motion to Stay.

If the *Razuki* court does not grant the Joint Motion for Dismissal in Case No. 3:15-CV-01057-BEN-JLB, Plaintiffs will have ten days from the date of the *Razuki* Order to file their Opposition to the Motion to Stay and Defendants will have seventeen days from the date of the *Razuki* Order to file their Reply in Support of the Motion to Stay. The Parties will jointly request a new hearing date from the Court.

The June 10, 2016 Case Management Conference is vacated and will be rescheduled by the Court, if necessary.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 26, 2016

*/s/ Jeffrey S. White*
_____
U.S. District Judge Jeffrey S. White

1

JOINT STIPULATION TO EXTEND THE BRIEFING SCHEDULE ON THE MOTION TO STAY THIS ACTION AND [PROPOSED] ORDER – CASE NO.: 4:16-CV-01225-JSW

619823.4