IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVANNI MUNGUIA-BROWN, ANGELINA MAGANA, NORMA RODRIGUEZ, nad DAVID BONFANTI, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EQUITY RESIDENTIAL, ERP OPERATING LIMITED PARTNERSHIP, EQUITY RESIDENTIAL MANAGEMENT, LLC, EQR-WOODLAND PARK A LIMITED PARTNERSHIP, and EQR-WOODLAND PARK B LIMITED PARTNERSHIP,<br><br>Defendants. | No. C 16-01225 JSW<br><br>**ORDER GRANTING LEAVE TO FILE A MOTION FOR LIMITED RECONSIDERATION OF COURT'S ORDER GRANTING CLASS CERTIFICATION AND CONTINUING HEARING ON MOTION TO STAY** |

Now before the Court is Plaintiffs' motion for leave to file a motion for reconsideration of the Court's order granting class certification. Under Northern District Civil Local Rule 7-9, a party may seek leave to file a motion for reconsideration any time before judgment. N.D. Civ. L.R. 7-9(a). A motion for reconsideration may be made on one of three grounds: (1) a material difference in fact or law exists from that which was presented to the Court, which, in the exercise of reasonable diligence, the party applying for reconsideration did not know at the time of the order; (2) the emergence of new material facts or a change of law; or (3) a manifest failure by the Court to consider material facts or dispositive legal arguments presented before entry of judgment. N.D. Civ. L.R. 7-9(b)(1)-(3). The moving party may not reargue any written or oral argument previously asserted to the Court. *Id.*, 7-9(c).

Here, Defendants request leave to file a limited motion for reconsideration on the basis that the notices do not clearly identify the claims and risks at issue regarding the "unfair" UCL claim and the recovery of damages. On these limited bases, the Court GRANTS Defendants' motion for leave to file a motion for reconsideration. Defendants shall file their motion by no later than January 5, 2018. The opposition shall be filed no later than January 19, 2018. The reply shall be filed by no later than January 26, 2018. The Court shall set the motion for hearing on February 9, 2018 at 9:00 a.m. The hearing on motion to stay (Docket No. 96) shall be CONTINUED from December 15, 2017 until February 9, 2018 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: December 5, 2017

JEFFREY S. WHITE

UNITED STATES DISTRICT JUDGE