IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAVANNI MUNGUIA-BROWN, ANGELINA MAGANA, NORMA RODRIGUEZ, nad DAVID BONFANTI, individually and on behalf of others similarly situated,

Plaintiffs,

v.

EQUITY RESIDENTIAL, ERP OPERATING LIMITED PARTNERSHIP, EQUITY RESIDENTIAL MANAGEMENT, LLC, EQR-WOODLAND PARK A LIMITED PARTNERSHIP, and EQR-WOODLAND PARK B LIMITED PARTNERSHIP,

Defendants.

No. C 16-01225 JSW

**ORDER VACATING HEARING ON MOTION FOR RECONSIDERATION AND DENYING MOTION TO STAY PENDING RULE 23(f) PETITION**

Pursuant to Civil Local Rule 7-1(b), the Court finds that Defendants' motion for reconsideration of the Court's order granting class certification, which has been noticed for hearing on Friday, February 9, 2018 at 9:00 a.m., is appropriate for decision without oral argument. The hearing date for the motion is hereby VACATED. The motion for reconsideration will be taken under submission and decided on the papers.

The Court has considered Defendants' motion to stay the Court's order granting class certification pending resolution of Defendants' Rule 23(f) petition seeking permission to appeal the order to the Ninth Circuit Court of Appeals. Having received notice of the Ninth Circuit's denial of

the petition dated January 23, 2018, the Court DENIES Defendants' motion to stay pending appeal as moot.

**IT IS SO ORDERED.**

Dated: February 6, 2018

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE