UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVANNI MUNGUIA-BROWN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>EQUITY RESIDENTIAL, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-01225-JSW   (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. Nos. 171, 178 |

The Court had a telephonic hearing this afternoon, during which Defendants advised they are petitioning the Ninth Circuit for a writ of mandamus to overturn the Court's discovery order at ECF No. 171. Until the Court of Appeals acts on the writ petition, Defendants think it should not be enforced. However, the Court thinks Defendants have gotten things backwards. ECF No. 171 (which Judge White denied review of in ECF No. 178) is a binding court order. If Defendants do not wish to comply with it until their writ petition can be considered, they should move for a stay pending the writ petition. (The stay motion should be directed to the undersigned's attention, since they are seeking to stay my order.) The Court instructs the Defendants to file a stay motion by September 9 and Plaintiffs to file a response by September 11.

**IT IS SO ORDERED.**

Dated: September 4, 2020

THOMAS S. HIXSON
United States Magistrate Judge