UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVANNI MUNGUIA-BROWN, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>EQUITY RESIDENTIAL, et al.,<br><br>　　　　　　Defendants. | Case No. 16-cv-01225-JSW   (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 281 |

In ECF No. 281 Plaintiffs move to compel the production of documents 7, 13, 18 and 23, contending that the claims of privilege and work product have been waived. The Court will perform an *in camera* review of those documents. Accordingly, the Court orders Defendants to email them to TSHpo@cand.uscourts.gov by noon on March 22, 2021.

**IT IS SO ORDERED.**

Dated: March 19, 2021

THOMAS S. HIXSON
United States Magistrate Judge