United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAVANNI MUNGUIA-BROWN, et al.,

               Plaintiffs,

     v.

EQUITY RESIDENTIAL, et al.,

               Defendants.

Case No. 16-cv-01225-JSW  (TSH)

**DISCOVERY ORDER**

Re: Dkt. No. 293

The parties report that they have resolved their dispute at ECF No. 293. Accordingly, that motion is denied as moot.

    **IT IS SO ORDERED.**

Dated: April 30, 2021

THOMAS S. HIXSON
United States Magistrate Judge