1  Margaret McBride (SBN 294066)
   mmcbride@clsepa.org
2  COMMUNITY LEGAL SERVICES IN EAST PALO ALTO
   1861 Bay Road
3  East Palo Alto, CA 94303
   Tel:  (650) 326-6440
4  Fax:  (866) 688-5204

5  Linda M. Dardarian (SBN 131001)
   ldardarian@gbdhlegal.com
6  Andrew P. Lee (SBN 245903)
   alee@gbdhlegal.com
7  Anne P. Bellows (SBN 293722)
   abellows@gbdhlegal.com
8  Katharine L. Fisher (SBN 305413)
   kfisher@gbdhlegal.com
9  GOLDSTEIN, BORGEN, DARDARIAN & HO
   155 Grand Avenue, Suite 900
10 Oakland, CA 94612
   Tel:  (510) 763-9800
11 Fax:  (510) 835-1417

12 Attorneys for Plaintiffs and the Certified Classes
   (*Additional Counsel for Plaintiffs and the*
13 *Certified Classes listed on following page*)

14                       UNITED DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                             OAKLAND DIVISION

17

| | |
|---|---|
| JAVANNI MUNGUIA-BROWN, ANGELINA MAGAÑA, NORMA RODRIGUEZ, DAVID BONFANTI, and SHANNAH SMITH individually and on behalf of others similarly situated,<br><br>        Plaintiffs,<br>vs.<br><br>EQUITY RESIDENTIAL, a real estate investment trust, ERP OPERATING LIMITED PARTNERSHIP, a partnership, EQUITY RESIDENTIAL MANAGEMENT, L.L.C., EQR-WOODLAND PARK A LIMITED PARTNERSHIP, and EQR-WOODLAND PARK B LIMITED PARTNERSHIP,<br><br>        Defendants. | **CLASS ACTION**<br><br>Case No.: 4:16-cv-01225-JSW-TSH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO DECERTIFY THE CLASS**<br><br>Date:    April 29, 2022<br>Time:    9:00 a.m.<br>Dept:    Courtroom 5<br>Before:  Hon. Jeffrey S. White<br><br>Trial Date:   November 7, 2022 |

Craig Nicholas (SBN 178444)
craig@nicholaslaw.org
Alex Tomasevic (SBN 245595)
alex@nicholaslaw.org
NICHOLAS & TOMASEVIC, LLP
225 Broadway, 19th Floor
San Diego, CA 92101
Tel:  (619) 325-0492
Fax:  (619) 325-0496

Attorneys for Plaintiffs and the Certified Classes

|   |   |
|---|---|
| 1 | This Stipulation is hereby entered into by and between Plaintiffs Javanni Munguia-Brown, Angelina Magaña, Norma Rodriguez, and David Bonfanti, on behalf of themselves and the certified classes ("Plaintiffs"), and Defendants Equity Residential, ERP Operating Limited Partnership, Equity Residential Management, LLC, EQR-Woodland Park A Limited Partnership and EQR-Woodland Park B Limited Partnership ("Defendants") by and through their respective counsel of record, as follows: |

WHEREAS, Defendants filed a Motion to Decertify the Class on March 24, 2022;

WHEREAS, Plaintiffs' Opposition is currently due for filing no later than April 7, 2022, Defendants' Reply is due for filing no later than April 14, 2022, and the hearing is set for April 29, 2022 at 9:00 a.m.

WHEREAS, several members of Class Counsel will be out of the office or otherwise unavailable during the first half of April;

WHEREAS, the Parties have met and conferred, and have agreed to a briefing schedule that works for both Class Counsel and Defendants' Counsel;

**NOW THEREFORE, IT IS HEREBY STIPULATED** as follows:

1. Plaintiffs' Opposition shall be filed no later than April 29, 2022;
2. Defendants' Reply shall be filed no later than May 20, 2022;
3. The hearing set for April 29, 2022 shall be vacated and reset for June 3, 2022 at 9:00 a.m., or as soon thereafter as the Court's schedule will allow.

The Parties respectfully request that the Court approve the foregoing deadlines in the Proposed Order below.

//
//
//
//
//
//
//

1

STIPULATION & [P~~ROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO DECERTIFY THE CLASS
CASE NO. 4:16-CV-01225-JSW-TSH

853215.1

| | |
|---|---|
| Dated: April 4, 2022 | Respectfully submitted, |
| | GOLDSTEIN, BORGEN, DARDARIAN & HO |
| | */s/ Anne P. Bellows* |
| | Anne P. Bellows |
| | Attorneys for Plaintiffs and the Classes |
| Dated: April 4, 2022 | DUANE MORRIS LLP |
| | */s/ Karen L. Alexander* |
| | Karen L. Alexander |
| | Attorney for Defendants |

## SIGNATURE ATTESTATION

I, Anne P. Bellows, am the ECF User whose ID and Password are being used to file this Stipulation and [Proposed] Order Regarding Briefing Schedule for Motion to Decertify the Class. I attest that concurrence in the filing of this document has been obtained from the other signatory, Defense Counsel Karen L. Alexander.

Dated: April 4, 2022   */s/ Anne P. Bellows*
Anne P. Bellows

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 4, 2022   _____
Hon. Jeffrey S. White
United States District Judge