UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 16-cv-01225-JSW
Case Name: Munguia-Brown v. Equity Residential

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: Jeffrey S. White | PLAINTIFF ATTORNEY: Linda Dardarian, Anne Bellows, Andrew Lee, Katharine Fisher | DEFENSE ATTORNEY: Aaron Winn, Karen Alexander, John Letchinger, Justin Fisher |
|---|---|---|
| TRIAL DATE: June 20, 2023 | REPORTER(S): Raynee Mercado | CLERK: Ki'i Kealalio-Puli |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | **TUESDAY, JUNE 20, 2023** | |
| | | 8:00 a.m. | | | Court is in session. | |
| | | 8:01 a.m. | | | Housekeeping matters addressed. | |
| | | 8:13 a.m. | | | Plaintiff call's its second rebuttal witness Christian Tregillis. | |
| 260 | | | | | Previously admitted. | |
| 261 | | | | | Previously admitted. | |
| 262 | | | | | Previously admitted. | |
| | | 8:15 a.m. | | | Direct examination of witness Christian Tregillis by Alex Tomasevic. | |
| 267 | | 6/20/2023 | X | X | Curriculum Vitae of Christian Tregillis | |
| | | 8:24 a.m. | | | Witness Christian Tregillis is admitted as an expert witness. | |
| | | 8:52 a.m. | | | Court takes a break. | |
| | | 9:10 a.m. | | | Court is back in session. | |
| | | 9:10 a.m. | | | Cross examination of witness Christian Tregillis by Justin Fields. | |
| 267 | | | | | Previously admitted. | |
| 261 | | | | | Previously admitted. | |
| | | 9:22 a.m. | X | | Excerpt of deposition of Collin Glancy is read into the record by Mr. Justin Fields | |
| 1172 | | 6/20/2023 | X | X | Equity Residential ERP Operating Ltd. Partnership 10-K for December 31, 2016 (EQR-Expert_02553-2753) | |
| 1188 | | 6/20/2023 | X | X | Equity Residential ERP Operating Ltd. Partnership 10-K for December 31, 2017 (EQR-Expert_02754-2922) | |
| 1194 | | 6/20/2023 | X | X | Equity Residential ERP Operating Ltd. Partnership 10-K for December 31, 2018 (EQR-Expert_02923-3082) | |

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 1199 | | **6/20/2023** | X | X | Equity Residential ERP Operating Ltd. Partnership 10-K for December 31, 2019 (EQR-Expert_03083-3250) | |
| 1229 | | **6/20/2023** | X | X | Equity Residential ERP Operating Ltd. Partnership 10-K for December 31, 2020 (EQR-Expert_03251-3401) | |
| 202 | | | | | Previously admitted. | |
| 261 | | | | | Previously admitted. | |
| | **1098** | **6/20/2023** | X | | Equity Residential ERP Operating Ltd. Partnership 10-K for December 31, 2011 (EQR-Expert_001423-1661) | |
| | **261** | | | | Previously admitted. | |
| | | 9:37 a.m. | | | Redirect examination of witness Christian Tregillis by Alex Tomasevic. | |
| | | 9:39 a.m. | | | Witness is thanked and excused. | |
| | | 9:39 a.m. | | | Housekeeping matters addressed. | |
| | | 9:46 a.m. | | | Plaintiff's case in chief | |
| | | 9:47 a.m. | | | Plaintiff recalls witness David Breshears. | |
| | | 9:47 a.m. | | | Direct examination of witness David Breshears by Katharine Fisher. | |
| **247** | | | | | Previously admitted | |
| | | 10:07 a.m. | | | Court takes a break. | |
| | | 10:20 a.m. | | | Court is back in session. | |
| | | 10:21 a.m. | | | Defense will save their cross examination of witness David Breshears until 6/21/2023 | |
| | | 10:22 a.m. | | | Plaintiff's Rebuttal Case in Chief. Plaintiff calls its third rebuttal witness Michael Childers | |
| | | 10:23 a.m. | | | Direct examination of witness Michael Childers by Andrew Lee. | |
| **264** | | **6/20/2023** | X | X | Curriculum Vitae of Michael Childers | |
| | | 10:46 a.m. | | | Defense request for housekeeping matters to be addressed before cross examination | |
| | | 10:49 a.m. | | | Cross examination of witness Michael Childers by Karen Alexander. | |
| | | 10:56 a.m. | | | Deposition of Michael Childers read into the record by Ms. Karen Alexander | |
| | | 11:04 a.m. | | | Deposition of Michael Childers read into the record by Ms. Karen Alexander | |

Case No: 16-cv-01225-JSW
Case Name: Munguia-Brown v. Equity Residential
Date: June 20, 2023
Courtroom Deputy: Ki'i Kealalio-Puli    - Court Reporter:    Raynee Mercado

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  | 253 |  |  |  | Previously admitted. |  |
|  |  | 11:07 a.m. |  |  | Redirect examination of witness Michael Childers by Andrew Lee. |  |
|  |  | 11:13 a.m. |  |  | Witness is thanked and excused. |  |
|  |  | 11:13 a.m. |  |  | Plaintiff calls its fourth rebuttal witness David Breshears. |  |
|  |  | 11:14 a.m. |  |  | Direct examination of rebuttal witness David Breshears by Katharine Fisher. |  |
|  |  | 11:51 a.m. |  |  | Cross examination of rebuttal witness David Breshears by John Letchinger. |  |
|  |  | 12:06 p.m. |  |  | Witness David Breshears is thanked and excused until 6/21/2023. |  |
|  |  | 12:07 p.m. |  |  | Housekeeping matters addressed |  |
|  |  | 12:10 p.m. |  |  | Court is adjourned until 6/21/2023 at 8:00 a.m. |  |