UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRIAL MINUTES

**JUDGE**: JEFFREY S. WHITE     **COURTROOM DEPUTY**: Ki'i Kealalio-Puli

**DATE**: June 20, 2023     **COURT REPORTER**: Raynee Mercado

**CASE NO.**: 16-cv-01225-JSW     **TIME IN COURT**: 3 hours, 20 minutes

**TITLE**: Javanni Munguia-Brown, et al. v. Equity Residential, et al.

| **COUNSEL FOR PLAINTIFF**: | **COUNSEL FOR DEFENDANT**: |
|---|---|
| Linda Dardarian | Aaron Winn |
| Andrew Lee | Karen Alexander |
| Anne Bellows | John Letchinger |
| Katharine Fisher | Justin Fields |

**PROCEEDINGS**: Bench Trial (Day 8) – HELD

**Court is adjourned.**

(SEE ATTACHED TRIAL LOG)