UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 16-cv-01225-JSW
Case Name: Munguia-Brown v. Equity Residential

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Jeffrey S. White | Linda Dardarian, Anne Bellows, Andrew Lee, Katharine Fisher | Aaron Winn, Karen Alexander, John Letchinger, Justin Fisher |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| June 21, 2023 | Raynee Mercado | Ki'i Kealalio-Puli |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | **WEDNESDAY, JUNE 21, 2023** | |
| | | 7:59 a.m. | | | Court is in session. | |
| | | 8:00 a.m. | | | Housekeeping matters addressed. | |
| | | 8:04 a.m. | | | Cross examination of witness David Breshears by John Letchinger continues. | |
| | 247 | | | | Previously admitted. | |
| | | 8:08 a.m. | | | Witness is thanked and excused. | |
| | | 8:08 a.m. | | | Direct examination of witness Mark Hosfield by John Letchinger. | |
| | | 8:16 a.m. | | | Cross examination of witness Mark Hosfield by Andrew Lee. | |
| 1569 | | | X | | Demonstrative Exhibit: Second Supplemental Expert Report and Disclosure of Mark Hosfield. Appendix A, Schedule 3A shown by Andrew Lee. | |
| | | 8:25 a.m. | | | Defense calls rebuttal witness Steve Stanton | |
| | | 8:26 a.m. | | | Direct examination of rebuttal witness Steve Stanton by John Letchinger | |
| | | 8:30 a.m. | | | Witness is admitted as an expert witness. | |
| | 505 | 6/21/2023 | X | X | Calculating Lost Profits Practice Aid.pdf | |
| | | 8:40 a.m. | | | Cross examination of witness Steve Stanton by Alex Tomasevic. | |
| | | 8:50 a.m. | | | Housekeeping matters addressed. | |
| 240 | | 6/21/2023 | X | X | Plaintiffs' Amended Notice of Deposition of Defendant Equity Residential re Lost Use of Funds | |
| 1419 | | 6/21/2023 | X | X | CA Late Fees 2006-2010 spreadsheet(wp004065) | |
| 539 | | 6/21/2023 | X | X | Demonstrative with limitations as stated on the record. To be filed by counsel. | |
| 540 | | 6/21/2023 | X | X | Demonstrative with limitations as stated on the record. To be filed by counsel. | |

Case No: 16-cv-01225-JSW
Case Name: Munguia-Brown v. Equity Residential
Date: June 21, 2023
Courtroom Deputy: Ki'i Kealalio-Puli        - Court Reporter:     Raynee Mercado

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 541 | | 6/21/2023 | X | X | Demonstrative with limitations as stated on the record. To be filed by counsel. | |
| 112 | | 6/21/2023 | | | Denied without prejudice. | |
| 325 | | 6/21/2023 | X | | DRAFT-Restitution by Resident ID FOUR Day Grace Period 5-31-22.xlsx. To be reviewed and filed by counsel as stated on the record. | |
| 327 | | 6/21/2023 | X | | DRAFT-Restitution by Resident ID THREE Day Grace Period 5-31-22.xlsx. To be reviewed and filed by counsel as stated on the record. | |
| 442 | | 6/21/2023 | X | | Supp. Reb. Exhibit 5. Damages & Net Restitution.xlsx. To be reviewed and filed by counsel as stated on the record. | |
| 532 | | 6/21/2023 | X | | Summary tabulations re Equity's PeopleSoft and Fusion data | |
| | 1569 | 6/21/2023 | | X | Demonstrative with limitations as stated on the record. To be filed by counsel. | |
| | 1098 | 6/21/2023 | X | X | Equity Residential ERP Operating Ltd. Partnership 10-K for December 31, 2011 (EQR-Expert_001423-1661) | |
| | 1093 | 6/21/2023 | X | X | Equity Residential ERP Operating Ltd. Partnership 10-K for December 31, 2010 (EQR-Expert_000883-1422) | |
| | 1119 | 6/21/2023 | X | X | Equity Residential ERP Operating Ltd. Partnership 10-K for December 31, 2012 (EQR-Expert_01662-1870) | |
| | 1137 | 6/21/2023 | X | X | Equity Residential ERP Operating Ltd. Partnership 10-K for December 31, 2013 (EQR-Expert_01871-2092) | |
| | 1150 | 6/21/2023 | X | X | Equity Residential ERP Operating Ltd. Partnership 10-K for December 31, 2014 (EQR-Expert_02093-2340) | |
| | 1162 | 6/21/2023 | X | X | Equity Residential ERP Operating Ltd. Partnership 10-K for December 31, 2015 (EQR-Expert_02341-2552) | |
| | 1172 | 6/21/2023 | X | X | Equity Residential ERP Operating Ltd. Partnership 10-K for December 31, 2016 (EQR-Expert_02553-2753) | |
| | | 9:11 a.m. | | | The parties rest. | |
| | | 9:15 a.m. | | | Court takes a break. | |
| | | 9:30 a.m. | | | Court is back in session. | |
| | | 9:30 a.m. | | | Plaintiff's closing arguments. | |
| | | 10:35 a.m. | | | Court takes a break | |

Case No: 16-cv-01225-JSW
Case Name: Munguia-Brown v. Equity Residential
Date: June 21, 2023
Courtroom Deputy: Ki'i Kealalio-Puli   - Court Reporter:   Raynee Mercado

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10:45 a.m. | | | Court is back in session. | |
| | | 10:46 a.m. | | | Defense closing arguments. | |
| | | **11:30 a.m.** | | | Housekeeping matters addressed | |
| **542** | | | X | X | Opening Brief. To be filed by counsel | |
| **543** | | | X | X | Closing Brief. To be filed by counsel. | |
| | 1229 | | | X | Previously offered on 6/20/2023. Admitted 6/21/2023 | |
| | 1578 | | X | X | Demonstrative with limitations as stated on the record. To be filed by counsel. | |
| | 1579 | | X | X | Demonstrative with limitations as stated on the record. To be filed by counsel. | |
| | | **11:41 a.m.** | | | Court is adjourned. | |

3