# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## DOCUMENT LOCATOR

Case Number:   16-cv-01225-JSW

Date Filed:    July 11, 2023

Document:

( )   Reporter's Transcript:

(X)   Trial Exhibits:

Plaintiff's Binder of Trial Exhibits and

Defendant's Envelope w/ Flash Drive of Trial Exhibits

( )   Lodged Documents:

( )   Sealed Documents:

( )   Declaration(s):

( )   Other:

Location:

( )   Expando File (Next to Case File)

( )   Overflow Shelf:

( )   Vault

(X)   Other:    Exhibit Room Shelf A-1

Document Number: