Margaret McBride (SBN 294066)
mmcbride@clsepa.org
COMMUNITY LEGAL SERVICES IN EAST PALO ALTO
1861 Bay Road
East Palo Alto, CA 94303
Tel: (650) 326-6440
Fax: (866) 688-5204

Linda M. Dardarian (SBN 131001)
ldardarian@gbdhlegal.com
Andrew P. Lee (SBN 245903)
alee@gbdhlegal.com
Anne P. Bellows (SBN 293722)
abellows@gbdhlegal.com
Katharine L. Fisher (SBN 305413)
kfisher@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612
Tel: (510) 763-9800
Fax: (510) 835-1417

Attorneys for Plaintiffs and the Certified Classes
(*Additional Counsel for Plaintiffs and the Certified Classes listed on following page*)

UNITED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAVANNI MUNGUIA-BROWN, ANGELINA MAGAÑA, NORMA RODRIGUEZ, DAVID BONFANTI, and SHANNAH SMITH individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUITY RESIDENTIAL, a real estate investment trust, ERP OPERATING LIMITED PARTNERSHIP, a partnership, EQUITY RESIDENTIAL MANAGEMENT, L.L.C., EQR-WOODLAND PARK A LIMITED PARTNERSHIP, and EQR-WOODLAND PARK B LIMITED PARTNERSHIP,<br><br>Defendants. | **CLASS ACTION**<br><br>Case No.: 4:16-cv-01225-JSW-TSH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING POSTTRIAL BRIEFING PAGE LIMITS**<br><br>Dept: Courtroom 5<br>Before: Hon. Jeffrey S. White<br><br>Trial Date: June 8, 2023 |

| | |
|---|---|
| 1 | Craig Nicholas (SBN 178444) |
|   | craig@nicholaslaw.org |
| 2 | Alex Tomasevic (SBN 245595) |
|   | alex@nicholaslaw.org |
| 3 | NICHOLAS & TOMASEVIC, LLP |
|   | 225 Broadway, 19th Floor |
| 4 | San Diego, CA 92101 |
|   | Tel:  (619) 325-0492 |
| 5 | Fax:  (619) 325-0496 |
| 6 | Attorneys for Plaintiffs and the Certified Classes |

|   |   |
|---|---|
| 1 | This Stipulation is hereby entered into by and between Plaintiffs Javanni Munguia-Brown, Angelina Magaña, Norma Rodriguez, David Bonfanti, and Shannah Smith, on behalf of themselves and the certified classes ("Plaintiffs"), and Defendants Equity Residential, ERP Operating Limited Partnership, Equity Residential Management, LLC, EQR-Woodland Park A Limited Partnership and EQR-Woodland Park B Limited Partnership ("Defendants") by and through their respective counsel of record, as follows: |

WHEREAS, the Parties and the Court sat for a Bench Trial from June 8, 2023 and June 21, 2023, during which the Court instructed the Parties to meet and confer regarding page limitations for the Parties' posttrial briefing;

WHEREAS, the Parties have met and conferred, and agree that Plaintiffs will have up to forty (40) pages for their Opening Brief;

WHEREAS, the Parties have agreed to further meet and confer and agree to page limitations for Defendants' Responding Brief and Plaintiffs' Reply Brief, closer to the deadlines for those briefs;

NOW THEREFORE, subject to Court approval, the Parties stipulate that Plaintiffs' Posttrial Opening Brief may be up to forty (40) pages.

**IT IS SO STIPULATED.**

Dated: August 9, 2023            Respectfully submitted,

                                 GOLDSTEIN, BORGEN, DARDARIAN & HO

                                 */s/   Katharine Fisher*
                                 Katharine Fisher
                                 Attorneys for Plaintiffs and the Classes


Dated: August 9, 2023            DUANE MORRIS LLP

                                 */s/   Karen Alexander*
                                 Karen Alexander
                                 Attorney for Defendants

**SIGNATURE ATTESTATION**

I, Katharine Fisher, am the ECF User whose ID and Password are being used to file this Stipulation and [Proposed] Order Regarding Page Limitations for Posttrial Briefing. I attest that concurrence in the filing of this document has been obtained from the other signatory, Defense Counsel Karen Alexander.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2023

_____
Hon. Jeffrey S. White
United States District Judge