Aaron T. Winn (SBN 229763)
Karen L. Alexander (SBN 265926)
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone:   619.744.2200
atwinn@duanemorris.com
klalexander@duanemorris.com

Justin J. Fields (SBN 259491)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone:   415.957.3000
jfields@duanemorris.com

Attorneys for Equity Residential

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| JAVANNI MUNGUIA-BROWN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EQUITY RESIDENTIAL, et al.,<br><br>Defendants. | Case No. 16-cv-01225-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING POSTTRIAL BRIEFING PAGE LIMITS**<br><br>Judge: Hon. Jeffrey S. White<br>Courtroom:     5<br>Trial Date: June 8, 2023 |

1  This Stipulation is hereby entered into by and between Plaintiffs Javanni
2  Munguia-Brown, Angelina Magaña, Norma Rodriguez, David Bonfanti, and Shannah
3  Smith, on behalf of themselves and the certified classes ("Plaintiffs"), and Defendants
4  Equity Residential, ERP Operating Limited Partnership, Equity Residential
5  Management, LLC, EQR-Woodland Park A Limited Partnership and EQR-Woodland
6  Park B Limited Partnership ("Defendants") by and through their respective counsel of
7  record, as follows:

WHEREAS, the Parties and the Court sat for a Bench Trial from June 8, 2023
and June 21, 2023, during which the Court instructed the Parties to meet and confer
regarding page limitations for the Parties' posttrial briefing;

WHEREAS, the Parties have met and conferred, and agree that Defendants will
have up to sixty-five (65) pages for their Posttrial Response Brief in Century
Schoolbook font (which comes out to roughly fifty-five (55) pages in Times New Roman);

WHEREAS, the Parties have agreed to further meet and confer and agree to
page limitations for Plaintiffs' Reply Brief, closer to the deadlines for their brief;

NOW THEREFORE, subject to Court approval, the Parties stipulate that
Defendants' Posttrial Response Brief may be up to sixty-five (65) pages.

Dated: September 5, 2023             **DUANE MORRIS LLP**

                                     By: /s/ Karen L. Alexander
                                         Aaron T. Winn
                                         Justin J. Fields
                                         Karen L. Alexander
                                         Attorneys for Equity Residential

Dated: September 5, 2023             GOLDSTEIN, BORGEN, DARDARIAN & HO

                                     By: /s/Katharine L. Fisher
                                         Linda M. Dararian
                                         Andrew P. Lee
                                         Anne P. Bellows
                                         Attorneys for Plaintiffs and the Certified Class

1

## SIGNATURE ATTESTATION

I, Karen Alexander, am the ECF User whose ID and Password are being used to file this Stipulation and [Proposed] Order. I attest that concurrence in the filing of this document has been obtained from the other signatory.

*/s/ Karen L. Alexander*
Karen L. Alexander

# [PROPOSED] ORDER

## PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: _____, 2023

                                                  Hon. Jeffrey S. White
                                                  United States District Judge

DM2\18418326.1