1  Margaret McBride (SBN 294066)
   mmcbride@clsepa.org
2  COMMUNITY LEGAL SERVICES IN EAST PALO ALTO
   1861 Bay Road
3  East Palo Alto, CA 94303
   Tel:  (650) 326-6440
4  Fax:  (866) 688-5204

5  Linda M. Dardarian (SBN 131001)
   ldardarian@gbdhlegal.com
6  Andrew P. Lee (SBN 245903)
   alee@gbdhlegal.com
7  Anne P. Bellows (SBN 293722)
   abellows@gbdhlegal.com
8  Katharine L. Fisher (SBN 305413)
   kfisher@gbdhlegal.com
9  GOLDSTEIN, BORGEN, DARDARIAN & HO
   155 Grand Avenue, Suite 900
10 Oakland, CA 94612
   Tel:  (510) 763-9800
11 Fax:  (510) 835-1417

12 Attorneys for Plaintiffs and the Certified Classes
   (*Additional Counsel for Plaintiffs and the*
13 *Certified Classes listed on following page*)

14                   UNITED DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                         OAKLAND DIVISION

| | |
|---|---|
| JAVANNI MUNGUIA-BROWN, ANGELINA MAGAÑA, NORMA RODRIGUEZ, DAVID BONFANTI, and SHANNAH SMITH individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUITY RESIDENTIAL, a real estate investment trust, ERP OPERATING LIMITED PARTNERSHIP, a partnership, EQUITY RESIDENTIAL MANAGEMENT, L.L.C., EQR-WOODLAND PARK A LIMITED PARTNERSHIP, and EQR-WOODLAND PARK B LIMITED PARTNERSHIP,<br><br>Defendants. | **CLASS ACTION**<br><br>Case No.: 4:16-cv-01225-JSW-TSH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING POSTTRIAL BRIEFING SCHEDULE**<br><br>Dept:    Courtroom 5<br>Before:  Hon. Jeffrey S. White<br><br>Trial Date:    June 8, 2023 |

---

STIPULATION AND [PROPOSED] ORDER RE: POST-TRIAL BRIEFING SCHEDULE – CASE NO. 4:16-CV-01225-JSW-TSH

876647.3
DM2\18432676.1
876647.5

Craig Nicholas (SBN 178444)
craig@nicholaslaw.org
Alex Tomasevic (SBN 245595)
alex@nicholaslaw.org
NICHOLAS & TOMASEVIC, LLP
225 Broadway, 19th Floor
San Diego, CA 92101
Tel:  (619) 325-0492
Fax:  (619) 325-0496

Attorneys for Plaintiffs and the Certified Classes

This Stipulation is hereby entered into by and between Plaintiffs Javanni Munguia-Brown, Angelina Magaña, Norma Rodriguez, David Bonfanti, and Shannah Smith, on behalf of themselves and the certified classes ("Plaintiffs"), and Defendants Equity Residential, ERP Operating Limited Partnership, Equity Residential Management, LLC, EQR-Woodland Park A Limited Partnership and EQR-Woodland Park B Limited Partnership ("Defendants") by and through their respective counsel of record, as follows:

WHEREAS, at the conclusion of the Bench Trial on June 21, 2023, the Court set a briefing schedule for the Parties' closing briefs.

WHEREAS, the Court directed Defendants to file their Opposition brief on September 6, 2023, and directed Plaintiffs to file their Reply brief two weeks later, but also stated that Plaintiffs' Reply brief would be due on "September 19th" (8 Tr. 1520:24-1521:22);

WHEREAS, Defendants filed their Opposition Brief on September 6, 2023, and the date two weeks after that is September 20, 2023;

WHEREAS, the Parties have met and conferred and agree that in order to ensure Plaintiffs get the full two weeks to prepare their Reply, their Reply should be due on September 20, 2023;

NOW THEREFORE, subject to Court approval, the Parties stipulate that Plaintiffs' Posttrial Reply Brief shall be due on September 20, 2023.

**IT IS SO STIPULATED.**

Dated: September 8, 2023         Respectfully submitted,

                                 GOLDSTEIN, BORGEN, DARDARIAN & HO

                                 /s/ Katharine Fisher
                                 Katharine Fisher
                                 Attorneys for Plaintiffs and the Classes

Dated: September 8, 2023         DUANE MORRIS LLP

                                 /s/ Karen Alexander
                                 Karen Alexander

                                 Attorney for Defendants

**SIGNATURE ATTESTATION**

I, Katharine Fisher, am the ECF User whose ID and Password are being used to file this Stipulation and [Proposed] Order Regarding Posttrial Briefing Schedule. I attest that concurrence in the filing of this document has been obtained from the other signatory, Defense Counsel Karen Alexander.

Dated: September 8, 2023

Respectfully submitted,

GOLDSTEIN, BORGEN, DARDARIAN & HO

*/s/ Katharine Fisher*
Katharine Fisher

Attorneys for Plaintiffs and the Classes

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __September 11__, 2023

_____
Hon. Jeffrey S. White
United States District Judge