# EXHIBIT B

## [PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO FILE A SURREPLY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Aaron T. Winn (SBN 229763)
Justin J. Fields (SBN 259491)
Karen L. Alexander (SBN 265926)
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone:   619.744.2200
atwinn@duanemorris.com
jfields@duanemorris.com
klalexander@duanemorris.com

Justin J. Fields (SBN 259491)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone:   415.957.3000
jfields@duanemorris.com

John Sheldon Letchinger (Admitted Pro Hac Vice)
Baker & Hostetler LLP
One N. Wacker Drive, Suite 4500
Chicago, IL 60606
Telephone: 312-416-6200
Email: jletchinger@bakerlaw.com

Attorneys for Equity Residential

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| JAVANNI MUNGUIA-BROWN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>EQUITY RESIDENTIAL, et al.,<br><br>Defendants. | Case No.  16-cv-01225-JSW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO FILE A SURREPLY**<br><br>Dept.:      Courtroom 5<br>Judge:     Hon. Jeffrey S. White |

1

[PROPOSED] ORDER GRANTING EQUITY'S REQUEST          16-CV-01225-JSW
FOR LEAVE TO FILE SUR-REPLY

1    **[PROPOSED] ORDER**

2    Having reviewed Defendants' Objection, Request for Leave to file Surreply or to

3    Strike Portions of Plaintiffs' Reply, and Request for Evidentiary Hearing ("Request"),

4    and good cause being shown, the Court enters the following order:

5    **IT IS HEREBY ORDERED** that Defendants are permitted to file their

6    surreply, previously submitted as Exhibit A to their Request.

7    **IT IS SO ORDERED.**

8

9    Dated:

10

Honorable Jeffrey S. White
United States District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

[PROPOSED] ORDER GRANTING EQUITY'S REQUEST                16-CV-01225-JSW
FOR LEAVE TO FILE SUR-REPLY