UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVANNI MUNGUIA-BROWN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EQUITY RESIDENTIAL, et al., <br><br> Defendants. | Case No. 16-cv-01225-JSW <br><br> **ORDER REGARDING POST-TRIAL FILINGS AND REQUIRING UPDATE** |

The Court has received and reviewed the parties' post-trial filings. As some time has passed since the conclusion of the bench trial in this matter, the Court requires the parties to update the status of the circumstances and disputes outlined in their post-trial motions. The parties shall file a joint status update by no later than March 28, 2025, updating the Court regarding the current factual landscape and outlining the disputed issues remaining for the Court to resolve.

**IT IS SO ORDERED.**

Dated: March 7, 2025

_____
JEFFREY S. WHITE
United States District Judge