| | |
|---|---|
| DUANE MORRIS LLP<br>Aaron T. Winn (SBN 229763)<br>750 B Street, Suite 2900<br>San Diego, CA 92101-4681<br>Telephone: 619.744.2200<br>atwinn@duanemorris.com<br><br>BAKER & HOSTETLER LLP<br>John Sheldon Letchinger (Pro Hac Vice)<br>One N. Wacker Drive, Suite 4500<br>Chicago, IL 60606<br>Telephone: 312.416.6200<br>jletchinger@bakerlaw.com | GIBSON, DUNN & CRUTCHER LLP<br>Theane Evangelis (SBN 243570)<br>Jeremy S. Smith (SBN 283812)<br>Daniel M. Rubin (SBN 319962)<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br>tevangelis@gibsondunn.com<br>jssmith@gibsondunn.com<br>drubin@gibsondunn.com |

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| JAVANNI MUNGUIA-BROWN, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>EQUITY RESIDENTIAL, et al.,<br><br>  Defendants. | Case No. 4:16-cv-01225-JSW<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Hon. Jeffrey S. White<br>Courtroom 5, 2nd Fl. |

Pursuant to Civil Local Rules 3-12 and 7-11, Defendants Equity Residential, ERP Operating Limited Partnership, and Equity Residential Management, L.L.C. ("Defendants") alerts the Court that this case may be related to *Van Cott v. Equity Residential et al.*, No. 3:25-cv-02358.

## BACKGROUND

This class-action concerns Plaintiffs' allegation that Defendants charge their residential tenants unlawful liquidated damages under California Civil Code § 1671(d), and Plaintiffs' related allegation that the late fees constitute an unlawful business practice under the California Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 *et seq*. As this Court is aware, the classes in this case were limited to Defendants' residential tenants in California from June 2008 to October 28, 2022. The classes do not include tenants who were assessed a late fee during the time period of October 29, 2022 to April 30, 2024 (after which Defendants discontinued the practices at issue). The parties in this action have participated in an extensive mediation with the help of JAMS mediator, Bruce A. Friedman.

Meanwhile, Plaintiffs' counsel filed a new action in state court. *See Van Cott v. Equity Residential*, No. 25CV107165 (Alameda County Sup. Ct.). This action asserts similar claims as those asserted here, namely that the late fees assessed by Defendants violate the liquidated damages statute, *see* Ex. A (*Van Cott* Complaint) ¶¶ 30–34, and that the fees violate the UCL, *id.* ¶¶ 35–38. But the *Van Cott* case covers tenants who resided at Equity's California properties during the time period of October 29, 2022 to April 30, 2024. *Id.* ¶¶ 21–22. Plaintiffs here seek injunctive relief for the same tenants at issue in *Van Cott*.

On March 7, 2025, Defendants removed the *Van Cott* case to the United States District Court for the Northern District of California based on jurisdiction under the Class Action Fairness Act. *See* Ex. B (Notice of Removal).

## ARGUMENT

Under Civil Local Rule 3-12(a), a party that knows or believes that an action may be related to another action that is pending in this District "must promptly file in the lowest-

numbered case an Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civil L. R. 7-11." Civ. L. R. 3-12(b). That motion must include "(1) [t]he title and case number of each apparently related case; [and] (2) [a] brief statement of the relationship of the actions according to the criteria set forth in Civil L. R. 3-12(a)." Civ. L. R. 3-12(d). "An action is related to another when: (1) [t]he actions concern substantially the same parties, property, transaction or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are before different Judges." Civ. L. R. 3-12(a).

Both of these cases involve largely the same parties and attorneys. Equity Residential and the related Equity entities are the defendants in both cases, and are represented by Gibson, Dunn & Crutcher LLP in each. The plaintiffs in both cases are represented by the same counsel.

This case and *Van Cott* present similar legal issues. As here, the plaintiff in *Van Cott* alleges that the assessed late fees violate the California liquidated damages statute, Cal. Civ. Code § 1671(d), and constitute an unlawful business practice under the California Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 *et seq*. Ex. A ¶¶ 30–38. As here, the plaintiff in *Van Cott* seeks to certify a class composed of Defendants' tenants who were assessed fees under the prior standard late fee provision. *Id.* ¶¶ 21–22. And as here, the plaintiff in *Van Cott* seeks attorney's fees. *Id.*, Caption Page & Prayer ¶ D. In fact, the plaintiff in *Van Cott* attached the findings of fact and conclusions of law from this case as an exhibit to the complaint. *Id.* ¶¶ 2–3.

For the reasons just explained, it is appropriate for this Court to consider whether this case and *Van Cott* should be related pursuant to Civil Local Rule 3-12 because the actions may "concern substantially the same parties, property, transaction or event" and "it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are before different Judges." Civ. L. R. 3-12(a).

# CONCLUSION

WHEREFORE, Defendants respectfully move this Court to consider whether this case and *Van Cott v. Equity Residential et al.*, No. 3:25-cv-02358 should be related pursuant to Civil Local Rules 3-12 and 7-11.

DATED: March 7, 2025

GIBSON, DUNN & CRUTCHER LLP

By: _____
       Theane Evangelis

DUANE MORRIS LLP
Aaron T. Winn (SBN 229763)
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: 619.744.2200
atwinn@duanemorris.com

BAKER & HOSTETLER LLP
John Sheldon Letchinger (Pro Hac Vice)
One N. Wacker Drive, Suite 4500
Chicago, IL 60606
Telephone: 312.416.6200
jletchinger@bakerlaw.com

GIBSON, DUNN & CRUTCHER LLP
Theane Evangelis (SBN 243570)
Jeremy S. Smith (SBN 283812)
Daniel M. Rubin (SBN 319962)
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520
tevangelis@gibsondunn.com
jssmith@gibsondunn.com
drubin@gibsondunn.com

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this motion was filed via the Court's CM/ECF portal and electronically served on all counsel of record. I further certify that a copy of this motion was served on all counsel of record in *Van Cott v. Equity Residential et al.*, No. 3:25-cv-02358.

DATED: March 7, 2025

GIBSON, DUNN & CRUTCHER LLP

By: _____
Theane Evangelis