Margaret McBride (SBN 294066)
mmcbride@clsepa.org
COMMUNITY LEGAL SERVICES IN EAST PALO ALTO
1861 Bay Road
East Palo Alto, CA 94303
Tel:  (650) 326-6440
Fax:  (866) 688-5204

Linda M. Dardarian (SBN 131001)
ldardarian@dhkl.law
Andrew P. Lee (SBN 245903)
alee@dhkl.law
Katharine Fisher (SBN 305413)
kfisher@dhkl.law
DARDARIAN HO KAN & LEE
155 Grand Avenue, Suite 900
Oakland, CA 94612
Tel:  (510) 763-9800
Fax:  (510) 835-1417

Attorneys for Plaintiffs and the Certified Classes
(*Additional Counsel for Plaintiffs and the
Certified Classes listed on following page*)

UNITED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAVANNI MUNGUIA-BROWN, ANGELINA MAGAÑA, NORMA RODRIGUEZ, DAVID BONFANTI, and SHANNAH SMITH individually and on behalf of others similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>EQUITY RESIDENTIAL, a real estate investment trust, ERP OPERATING LIMITED PARTNERSHIP, a partnership, EQUITY RESIDENTIAL MANAGEMENT, L.L.C., EQR-WOODLAND PARK A LIMITED PARTNERSHIP, and EQR-WOODLAND PARK B LIMITED PARTNERSHIP,<br><br>　　　　Defendants. | **CLASS ACTION**<br><br>Case No.: 4:16-cv-01225-JSW-TSH<br><br>**JOINT STATUS UPDATE**<br><br>Dept:　　Courtroom 5<br>Before:  Hon. Jeffrey S. White<br><br>Trial Date:　June 8, 2023 |

Craig Nicholas (SBN 178444)
craig@nicholaslaw.org
Alex Tomasevic (SBN 245595)
alex@nicholaslaw.org
NICHOLAS & TOMASEVIC, LLP
225 Broadway, 19th Floor
San Diego, CA 92101
Tel:  (619) 325-0492
Fax:  (619) 325-0496

Attorneys for Plaintiffs and the Certified Classes

Pursuant to the Court's Order Regarding Post-Trial Filings and Requiring Update (ECF No. 568), the Parties jointly report:

(1) The Parties' post-trial briefs (ECF Nos. 526, 532, 539, 540, 542, 543, 557, 558, 562, 565, and 566) reflect their respective positions regarding how the Court should rule on the disputed issues.

(2) As previously indicated, Equity stopped charging the Standard Late Fee after the Court issued its Findings of Fact and Conclusions of Law in April 2024. *See* ECF No. 562 at 10. Beginning in mid-September, Equity began including a flat $38 late fee provision in new and renewal leases. Plaintiffs oppose the $38 dollar late fee, and both sides otherwise stand on the positions they have taken in the filings before the Court.

(3) Plaintiffs' counsel filed a new late fee action (*Van Cott v. Equity Residential*, ND. Cal. Case No. 4:25-cv-2358), which has been related to the present action and challenges the Standard Late Fee (5%, minimum $50) for residents who were first charged the Standard Late Fee between October 29, 2022 and April 30, 2024 and so are not part of the *Munguia-Brown* Standard Late Fee Class (although they are part of the *Munguia-Brown* Injunctive Relief Class); and

(4) Following the submission of their respective post-trial motions, the Parties participated in a mediation with Bruce Freidman of JAMS, but were again unable to resolve the dispute.

Dated:  March 28, 2025          Respectfully submitted,

DARDARIAN HO KAN & LEE

*/s/ Katharine Fisher*
Katharine Fisher

Attorneys for Plaintiffs and the Certified Classes

Dated:  March 28, 2025          DUANE MORRIS

*/s/ Aaron T. Winn*
Aaron T. Winn

Attorneys for Defendants

DM2\21159769.1

922874.6

1

1

## **<u>SIGNATURE ATTESTATION</u>**

2          I, Katharine Fisher, am the ECF User whose ID and Password are being used to file this Joint

3  Status Update.  I attest that concurrence in the filing of this document has been obtained from the

4  other signatory, Defense Counsel Aaron T. Winn.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28